```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

CHARLES EDWARD SCRIVENS                                        PETITIONER

VS.                                CIVIL ACTION NO. 5:10-cv-81(DCB)(MTP)

BRUCE PEARSON, Warden                                          RESPONDENT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This civil action pursuant to 28 U.S.C. § 2241 is before the Court on the Report and Recommendation of Magistrate Judge Robert H. Walker **(docket entry 29)**, which recommends dismissal of this action with prejudice for the reasons therein stated. There being no objection by the petitioner, the Court adopts the Report and Recommendation and finds that this action should be dismissed with prejudice; accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Robert H. Walker **(docket entry 29)**, which recommends dismissal of this action with prejudice, is ADOPTED as the findings of this Court.

A Final Judgment dismissing this action with prejudice shall issue forthwith.

SO ORDERED, this the 18th day of April, 2012.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE